## Hadry *v.* Ippolito Construction Co., Inc., Appellant.

Before ROSENBERG, J., without a jury.

Argued March 20, 1969. *Edward L. Snitzer,* with him *Edward Greer,* and *Mesirov, Gelman, Jaffee & Levin,* for appellant; *Stanley M. Schwarz,* for appellees.
    Judgment affirmed.

## Kish Appeal.

Before WILLIAMS, JR., J.

Argued March 18, 1969. *Bernard V. O'Hare, Jr.,* for appellants; *Jack G. Linshaw,* Assistant Attorney General, with him *Abraham Levin,* Assistant Attorney General, *John R. Rezzolla,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for appellee.
    Order affirmed.

## Moss Realty Co., Inc. Tax Assessment Case.

Before BERTOLET, J.

Argued March 17, 1969. *Alan I. Baskin,* for appellant; *Peter F. Cianci,* First Assistant City Solicitor, with him *David J. Batdorf,* City Solicitor, for appellee.
    Order affirmed.